PER CURIAM.
Jason Theodore pled no contest to the charge of carrying a concealed firearm,[1] specifically reserving his right to appeal the trial court’s imposition of eighteen sentencing points for the firearm possession.[2] We strike the eighteen sentencing points as error because additional points cannot be scored for the presence of a firearm when the only offense charged was possession of a firearm as an essential element. See White v. State, 714 So.2d 440 (Fla.1998).
Judgment AFFIRMED; sentence VACATED; cause REMANDED.
W. SHARP, PETERSON and ANTOON, JJ., concur.

. § 790.01(2), Fla. Slat. (1997).

. Fla. R.Crim. P. 3.702(12).